HANS, APPELLANT, *v.* HARTFORD INSURANCE COMPANY, APPELLEE.

[Cite as *Hans v. Hartford Ins. Co.,* 105 Ohio St.3d 318, 2005-Ohio-1823.]

(No. 2003–1271—Submitted March 30, 2005—Decided May 4, 2005.)

———

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Gilchrist v. Gonsor,* 104 Ohio St.3d 599, 2004-Ohio-7103, 821 N.E.2d 154, and the cause is remanded to the trial court for further proceedings not inconsistent with *Gilchrist v. Gonsor, Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256, or *Hopkins v. Dyer,* 104 Ohio St.3d 461, 2004-Ohio-6769, 820 N.E.2d 329.

MOYER, C.J., RESNICK, PFEIFER, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON and LANZINGER, JJ., dissent.

———

LUNDBERG STRATTON, J., dissenting.

{¶ 2} For reasons set forth in my dissenting opinion in *Gilchrist v. Gonsor,* 104 Ohio St.3d 599, 2004-Ohio-7103, 821 N.E.2d 154, ¶ 14–23, I respectfully dissent from the majority's decision to reverse this matter.

{¶ 3} However, given that the majority is reversing the judgment of the court of appeals, it is appropriate to remand the cause to the trial court for additional proceedings not inconsistent with *Westfield Ins. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256, and *Hopkins v. Dyer,* 104 Ohio St.3d 461, 2004-Ohio-6769, 820 N.E.2d 329.

LANZINGER, J., concurs in the foregoing dissenting opinion.

———————

Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., Laura I. Murphy, and Julie Schimpf Kehres, for appellant.

Thompson Hine, L.L.P., Jane E. Garfinkel, and John T. Sunderland, for appellee.